ROSE E. KIRBY, APPELLEE, V. J. B. THOMES, APPELLANT.

FILED NOVEMBER 8, 1929. No. 26906.

*Slama & Donato* and *J. F. Berggren,* for appellant.

*Cook & Gumb* and *J. H. Barry, contra.*

Heard before GOSS, C. J., DEAN, EBERLY and DAY, JJ., and RHOADES, SPEAR and TEWELL, District Judges.

PER CURIAM.

This is an action to recover damages for injuries sustained as the result of an automobile collision. From a judgment of the district court for Saunders county in favor of plaintiff, defendant has appealed.

We have carefully considered the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.